BEFORE THE SECOND DIVISION, OCTOBER 18, 1938

**No. 39647.**—Protest 689979–G of W. A. Bartholomae, Jr. (Los Angeles).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of "two complete mainsail and foresail with battens, track slides, racing numbers, and sail stops, imported for and ready for installation on the 6 metre yacht "Mystery." No evidence was offered to show whether the yacht "Mystery," for which the sails in question were imported, comes within the specifications of paragraph 370. On the record presented the protest was overruled.

**No. 39648.**—Protests 876281–G, etc., of American Thermo-Ware Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of aneroid barometers the same as those passed upon in *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271). The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 39649.**—Protests 845005–G, etc., of Heinrich Herrmann & Weiss (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of trays, brush stands, boxes, calendars, and bookends chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), *Rice* v. *United States* (T. D. 49373), and Abstract 38549 cited.

**No. 39650.**—Protests 847965–G, etc., of Raymond Abrahams et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 18, 1938

**No. 39651.**—Protests 933389–G, etc., of Darmstadt Scott & Courtney (New York).

Opinion by EVANS, J. It appeared that the commodity in question is the same as that involved in Abstract 36301. The claim for free entry under paragraph 1750 was therefore sustained.